UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIMRODT,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00522-AG-FFM<br><br>**ORDER OF SETTLEMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d)** |

### ORDER

Pursuant to stipulation, it is so ordered that Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND THREE HUNDRED DOLLARS (6,300.00) as authorized by 29 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation. Defendant shall also pay FOUR HUNDRED DOLLARS ($400.00) to plaintiff in satisfaction of plaintiff's demand for taxable costs.

Dated: November 1, 2019

_____
HONORABLE ANDREW G. GUILFORD
United States District Court Judge

Order re EAJA Stipulation (2:18-cv-00522-AG-FFM)   1